UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| VICKI L. SWANSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO: 1:15-cv-158-JD-SLC |
| ARBONNE INTERNATIONAL, LLC, | ) ) ) | |
| Defendant. | ) | |

## OPINION AND ORDER

This case was removed to this Court from the Allen County Superior Court by Defendant Arbonne International, LLC, based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (DE 1). The Amended Petition for Removal alleges that Plaintiff Vicki Swanson is an Indiana citizen and that Defendant "has only one member, Arbonne Intermediate Holdco, Inc., a corporation organized under the laws of the State of Delaware." (DE 5 at ¶ 4).

But the Amended Petition for Removal fails to properly allege the citizenship of the sole member of Defendant, and as such, fails to properly allege the citizenship of Defendant. *See Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) (A limited liability company's citizenship "for purposes of . . . diversity jurisdiction is the citizenship of its members."). A corporation's citizenship is determined by its state of incorporation *and* where it maintains its principal place of business. *N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (Corporations "are deemed to be citizens of the state in which they are incorporated and the state in which they have their principal place of business."); *see* 28 U.S.C. § 1332(c)(1). Accordingly, the Court must be informed of not only the state of incorporation of Arbonne Intermediate Holdco, Inc., but also the location of its principal place of business.

Accordingly, Defendant is ORDERED to file a supplement to the record on or before July 14, 2015, that properly alleges its citizenship.

SO ORDERED.

Enter for this 7th day of July 2015.

s/ Susan Collins
Susan Collins,
United States Magistrate Judge